UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE (Farm Service Agency)  Plaintiff  v.  CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership  Defendants | CIVIL NO.  Foreclosure of Mortgage In Rem |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States Department of Agriculture-Farm Serve Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2. Plaintiff, USDA-FSA, through the Farm Service Agency, an agency of the United States of America organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq., is the owner and holder of two (2) promissory notes that affect the property described further below.

3. The first promissory note is for the amount of **$97,000.00**, with annual interest of 3.75%, subscribed on May 30, 1997. *See Exhibit 1 (Note).*

4. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 136. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 2 (Title Search).*

5. On May 21, 2001, the promissory note for $97,000.00, was modified to the amount of $107,322.32, under the terms and conditions stipulated and agreed therein, through Deed No. 70. This transaction is duly recorded at the corresponding Property Registry. *See Exhibit 2 (Title Search).*

6. Plaintiff is also the owner and holder of a promissory note for the amount of **$3,924.30**, with annual interest of 5%, subscribed on May 21, 2001. *See Exhibit 3 (Note).*

7. For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through deed No. 71. This mortgage is duly recorded at the corresponding Property Registry. *See Exhibit 2 (Title Search).*

8. According to the Property Registry, codefendant CARLOS

ALBERTO GONZALEZ RIVERA appears as owner of record of the real estate property subject of this case. Said property is described -as it was recorded in Spanish- as follows:

> RUSTICA: Radicado en el Barrio Roncador del municipio de Utuado, Puerto Rico, con una cabida de 32.00 cuerdas, equivalentes a 12 hectáreas, 57 áreas, 72 centiáreas y 80 miliáreas. En lindes por el NORTE, con Vicente Beauchamp y Angel Pérez; por el SUR, con Vicente Beauchamp, Santiago Maldonado y Domingo Rosado; por el ESTE, con Vicente Beauchamp, Santiago Maldonado y Domingo Rosado y por el OESTE, con Epifanio López. Enclava edificación.
>
> Property 11,027, recorded at page 123 of volume 274, Property Registry of Utuado, Puerto Rico. *See Exhibit 2 (Title Search)*.

9. On August 5, 2015, codefendant CARLOS ALBERTO GONZALEZ RIVERA obtained a discharge from the Bankruptcy Court in Chapter 7 case number 15-02878-MCF7, before the U.S. Bankruptcy Court for the District of Puerto Rico. *See Exhibit 3 (Discharge Order)*.

10. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

11. Therefore, the agreements are due in full, with the following

amounts, as of March 31, 2025:

    a) On the $97,000.00 Note, as modified:

        1) The sum of $101,929.63, of principal;

        2) The sum of $63,058.73, of interest accrued as of March 31, 2025, and thereafter until its full and total payment, which interest amount increases at the daily rate of $10.4722;

        3) The amount of 1,003.96, for administrative expenses, which interest amount increases at the daily rate of $.0873;

        4) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

    b) On the $3,924.30 Note:

        1) The sum of $2,767.11, of principal;

        2) The sum of $1,518.50, of interest accrued as of March 31, 2025, and thereafter until its full and total payment, which interest amount increases at the daily rate of $0.2653;

        3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.  *See Exhibit 4*

*(Certificate of Indebtedness)*.

12. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

13. Codefendants CARLOS ALBERTO GONZALEZ RIVERA and VANESSA BERMUDEZ CORDERO are not presently active in the military service for the United States. *See Exhibit 5 (SCRA)*.

## VERIFICATION

I, EDGAR MALDONADO MEDERO, of legal age, married, executive and resident of Toa Alta, Puerto Rico, in my capacity as Farm Loan Chief of the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the

documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 12 day of March 2025.

 Digitally signed by EDGAR MALDONADO Date: 2025.03.12 12:25:59 -04'00'

EDGAR MALDONADO MEDERO


PRAYER

WHEREFORE, plaintiff demands judgment as follows:

a) That defendants breached the contractual obligations claimed in this complaint;

b) All legal rights, titles and interests which the defendants may have in the property(ies) described in this complaint and any building or improvement thereon, be sold at public auction, as part of the judicial

foreclosure of the mortgage lien(s) securing each loan obligation;

c) That the defendants and all persons claiming or who may claim by, from or under them, be absolutely barred and foreclosed from all rights and equity of redemption in and to said loan security;

d) If the proceeds of said sale exceeds the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court, subject to further orders from the Court;

e) Once the property is auctioned and sold, it is requested to the Clerk of this Court to issue a writ addressed to the Registry of the Property, ordering the cancellation of the foreclosed mortgage(s) and of any other junior liens recorded therein;

f) For such further relief as in accordance with law and equity may be proper.

In San Juan, Puerto Rico, this 12 day of March 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com