

# SWORN TITLE SEARCH

| | | | |
|---|---|---|---|
| **CLIENTE** | : FORTUÑO & FORTUÑO FAS, CSP | | 747,445 |
| **RE** | : CARLOS A GONZALEZ RIVERA/ 1521.152/ | | |
| | IRMA ORTIZ/ MORTGAGE/ | | |
| **FINCA** | : Number 11,027, recorded at page 123 of volume 274 of Utuado. | | |
| | Registry of the Property of Puerto Rico, Section of Utuado. | | |

**DESCRIPTION:** (AS IT IS RECORDED IN THE SPANISH LANGUAGE)

**RÚSTICA:** En el Barrio Roncador del término municipal de Utuado, Puerto Rico, compuesta de treinta y dos cuerdas, equivalentes a doce hectáreas, cincuenta y siete áreas, setenta y dos centiáreas y ochenta miliáreas, en lindes: por el **NORTE**, con Vicente Beauchamp y Ángel Pérez; por el **SUR**, con Vicente Beauchamp, Santiago Maldonado y Domingo Rosado; por el **ESTE**, Vicente Beauchamp, Domingo Rosado y Santiago Maldonado; y por el **OESTE**, con Epifanio López.

Contiene una casa de vivienda y dos casillas.

**ORIGIN:**

Formed by the grouping of properties number 5,784; 7,026 and 5,790, recorded at pages 58; 27 and 65 of volumes 145; 252 and 128, respectively, of Utuado.

**TITLE:**

Recorded at the overleaf of page 280 of volume 368 of Utuado, in favor of **Carlos Alberto González Rivera (privative)**, married to Vanessa Bermúdez Cordero, who acquired it by donation from Luis A. González and Albertina Rivera, with a value of $50,000.00, pursuant to deed number 4, issued in Utuado, Puerto Rico, on January 7, 1997, before notary Pedro T. Anca, property number 11,027, 9th inscription.

This property is designated as a protected homestead by virtue of the Puerto Rico Homestead Protection Act number 195 of September 13, 2011, as per deed number 14, issued in Coamo, Puerto Rico, on March 30, 2015, before notary Jorge Rafael González Rivera and recorded at page 104 of volume 599 of Utuado, property number 11,027, 13th inscription.

**LIENS AND ENCUMBRANCES:**

i. By reason of its origin this property is:

   FREE OF LIENS.

ii. By reason of itself this property is encumbered by the following:

   a. Mortgage securing a note in favor of the United States of America, acting through Farmer's Home Administration, or its order, in the original principal amount of $45,000.00, plus 5% annual interest, due in 40 years, pursuant to deed number 7, issued in Utuado, Puerto Rico, on February 26,1977, before notary Luis Pérez Matos, and recorded at the overleaf of page 126 of volume 274 of Utuado, property number 11,027, 6th inscription.

Continuation …
Property number 11,027

    b. Mortgage securing a note in favor of the United States of America, or its order, in the original principal amount of $97,000.00, plus 3.75% annual interest, due in 20 years, pursuant to deed number 136, issued in Utuado, Puerto Rico, on May 30, 1992, before notary Pedro T. Anca, and recorded at page 281 of volume 274 of Utuado, property number 11,027, 10th inscription.

    c. Modified the mortgage note of the 10th inscription as to its principal amount, which will be $107,322.32, plus 3.75% annual interest, due in 16 years, pursuant to deed number 70, issued in Utuado, Puerto Rico, on May 21, 2001, before notary Pedro T. Anca, and recorded at page 210 of volume 512 of Utuado, property number 11,027, 11th inscription.

    d. Mortgage securing a note in favor of United States of America, or its order, in the original principal amount of $3,924.00, plus 5% annual interest, due in 15 years, pursuant to deed number 71, issued in Utuado, Puerto Rico, on May 21, 2001, before notary Pedro T. Anca, and recorded at page 210 of volume 512 of Utuado, property number 11,027, 12th inscription.

    e. Notice of Lis Pendens dated April 7, 2021, issued by the First Instance Court of Puerto Rico, Section of Utuado, in the civil case number UT2021CV00003, by Omar Albarrán González, versus A. González Rivera, Vanessa Bermúdez and the conjugal partnership composed by both, for monies owed and foreclosure of mortgage, in the amount of $50,000.00, plus interest and other amounts, or the sale of the property at public auction, annotated on May 4, 2023, at the Karibe volume of Utuado, property number 11,027, Annotation A.

    f. Attachment, as per Writ issued by the First Instance Court of Puerto Rico, Section of Utuado, in the civil case number UT2021-CV00003, by Carlos A. González, versus Omar Albarrán González, for monies owed, damages and losses, in the amount of $10,000.00, plus interest and other amounts, or the sale of the property at public auction, annotated on December 6, 2023, at the Karibe volume of Utuado, property number 11,027, Annotation B.

**OBSERVATION:**

Judgment dated September 14, 2011, issued by the First Instance Court of Puerto Rico, Section of Utuado, in the civil case number LICI2011-00078, by Cooperativa de Ahorro y Crédito de Lares y Región Central, versus Carlos A. González Rivera and Vanessa Bermúdez Cordero, and the Conjugal Partnership composed by both, for monies owed, in the amount of $8,115.88, plus interest and other amounts, annotated on April 30, 2015, at page 5 of Judgment Liens Book number 5.

**NOTE: We cannot guarantee that the defendant is the same person as the owner of the property**.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens (including those arising from Law number 12 of January 20, 2010), Judgments, Karibe System and Electronic Daily Log provided by the Registry Clerk. (11:38 a.m.)

**NOTE: This Section has established an Electronic Log.  We are not responsible for any errors or omissions on the part of the Registry clerk.**

3                                                                                                                              747,445

Continuation …
Property number 11,027

This document is not a commitment to insure nor a Title Insurance Policy and should not be relied upon as such.  For protection, Purchaser and Lender should require a Title Insurance Policy.  If this document is used by someone other than the party requesting it, said person does so assuming any and all risks and liabilities.  No title company other than the Title Security, LLC, is authorized to rely on this title study to issue a Title Insurance Commitment and/or Policy.  Capital Title Services, LLC is not liable to other title companies for error or omissions in this title report.  ANY TITLE COMPANY OTHER THAN THE TITLE SECURITY GROUP, LLC THAT RELIES ON THIS TITLE STUDY TO ISSUE A TITLE COMMITMENT AND/OR INSURANCE POLICY DOES SO ASSUMING ANY AND ALL RISKS AND LIABILITIES. THE LIABILITY OF CAPITAL TITLE SERVICES, LLC IN CONNECTION WITH THIS TITLE REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS TITLE REPORT ONLY WITH RESPECT TO THE CLIENT REFERRED TO IN THE HEADER OF THIS TITLE REPORT.

Este documento no es un compromiso para asegurar ni una póliza de Seguro de Título, por lo cual no ofrece seguridad alguna.  Para obtener protección, debe requerir una póliza de Seguro de Título.  Si este documento es utilizado por alguien que no sea el solicitante, lo hace bajo su propio riesgo y responsabilidad.  Ninguna compañía de título que no sea The Title Security Group, LLC está autorizada a utilizar este estudio para expedir una póliza de seguro de título. Capital Title Services, LLC, no es responsable ante otras compañías de título por errores u omisiones en este estudio de título.  TODA COMPAÑÍA QUE NO SEA THE TITLE SECURITY GROUP, LLC QUE UTILICE ESTE ESTUDIO DE TITULO PARA EXPEDIR UNA POLIZA DE SEGURO DE TITULO, LO HACE BAJO SU PROPIO RIESGO Y RESPONSABILIDAD.  LA RESPONSABILIDAD DE CAPITAL TITLE SERVICES, LLC, ESTA LIMITADA A LA CANTIDAD PAGADA POR EL ESTUDIO DE TITULO Y SOLO CON RESPECTO AL CLIENTE DE REFERENCIA EN EL ENCABEZADO DE ESTE ESTUDIO DE TITULO.

**Capital Title Services, LLC.**

***BY:* *Ramón F. Gómez Marcos***
March 3, 2025
MRF/anr/f