**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:     GONZALEZ RIVERA, CARLOS ALBERTO   Case No:   63-015-XXXXX0072

### *CERTIFICATION OF INDEBTEDNESS*

I, Edgar Maldonado Medero, of legal age, married, a resident of Toa Alta, Puerto Rico, in my official capacity as Farm Loan Chief of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

**Statement of Account**

*As of 03/31/2025*

| Loan Number | 44-03 |
|---|---|
| Note Amount | $ 5,000.00 |
| Date of Last Payment | 3/10/2014 |
| Principal Balance | $ 2,767.11 |
| Unpaid Interest | $ 1,518.50 |
| Misc. Charges | |
| Total Balance | $ 4,285.61 |
| Daily Interest Accrual | $ 0.2653 |
| Amount Delinquent | $ 3,455.36 |
| Years Delinquent | Fully Matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.



Digitally signed by
EDGAR MALDONADO
Date: 2025.03.07
07:51:01 -04'00'

Edgar Maldonado
Farm Loan Chief
March 7, 2025

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:    GONZALEZ RIVERA, CARLOS ALBERTO   Case No:  63-015-XXXXX0072

### *CERTIFICATION OF INDEBTEDNESS*

I, Edgar Maldonado Medero, of legal age, married, a resident of Toa Alta, Puerto Rico, in my official capacity as Farm Loan Chief of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account*

*As of 03/31/2025*

| Loan Number | 43-04 |
|---|---|
| Note Amount | $ 97,000.00 |
| Date of Last Payment | 3/10/2014 |
| Principal Balance | $ 101,929.63 |
| Unpaid Interest | $ 63,058.73 |
| Misc. Charges |  |
| Total Balance | $ 164,988.36 |
| Daily Interest Accrual | $ 10.4722 |
| Amount Delinquent | $ 135,058.75 |
| Years Delinquent | 19 |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.

Digitally signed by
EDGAR MALDONADO
Date: 2025.03.07
07:50:10 -04'00'

Edgar Maldonado
Farm Loan Chief
March 7, 2025

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**

654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      GONZALEZ RIVERA, CARLOS ALBERTO   Case No: 63-015-XXXXX0072

### *CERTIFICATION OF INDEBTEDNESS*

I, Edgar Maldonado Medero, of legal age, married, a resident of Toa Alta, Puerto Rico, in my official capacity as Farm Loan Chief of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account*

*As of 03/31/2025*

| | |
|---|---|
| Loan Number | 43-99 |
| Note Amount | |
| Date of Last Payment | NONE |
| Principal Balance | $ 850.00 |
| Unpaid Interest | $ 153.96 |
| Misc. Charges | |
| Total Balance | $ 1,003.96 |
| Daily Interest Accrual | $ 0.0873 |
| Amount Delinquent | $ 850.00 |
| Years Delinquent | Fully Matured |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under penalty of perjury as allowed by 28 U.S.C. 1746.



Digitally signed by
EDGAR MALDONADO
Date: 2025.03.07
07:50:35 -04'00'

Edgar Maldonado
Farm Loan Chief
March 7, 2025