# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).

| | |
|---|---|
| Attorney Name (Last, First, MI): | Fortuño, Juan Carlos |
| USDC-PR Bar Number: | 211913 |
| Email Address: | jcfortuno@fortuno-law.com |

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff: UNITED STATES OF AMERICA, acting through the USDA

   Defendant: CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO, E

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case
   ☐ Social Security
   ☐ Banking
   ☐ Injunction

3. Indicate the title and number of related cases (if any).

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes
   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes
   ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   ☐ Yes
   ☒ No

Date Submitted: March 12, 2025

rev. Dec. 2009

[Print Form]  [Reset Form]