UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br><br>Foreclosure of Mortgage<br>In Rem |

PLAINTIFF'S REQUEST FOR EXTENSION OF TIME
TO SUBMIT EVIDENCE UNDER SEAL PERTAINING TO CONTROVERSY REGARDING TIMELINESS OF PLAINTIFF'S MOTION

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Serve Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. Plaintiff is currently engaged in a dispute regarding the timeliness of its filing of a dispositive motion in the above-captioned case.

2. Plaintiff has in its possession relevant evidence that directly addresses the issue in controversy. However, due to the confidential nature of said evidence, Plaintiff intends to submit it under seal for the Court's consideration.

3. In order to properly prepare and file the sealed submission, Plaintiff respectfully requests an extension of seven (7) days from the date of this motion.

4. This request is made in good faith and not for the purpose of delay. Granting this extension will allow Plaintiff to ensure the proper handling and protection of sensitive information while assisting the Court in its evaluation of the pending dispute.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant an extension of time until Friday **August 29, 2025** to submit the relevant evidence under seal.

I hereby certify having notified this motion to the defendant party, to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 22nd day of August 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

1521.152 - Carlos Gonzalez Rivera\2025-08-22 Plaintiff's Request for Extension of Time to Submit Evidence Under Seal.docx