UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br><br>Foreclosure of Mortgage<br>In Rem |

MOTION SEEKING LEAVE REGARDING VARIOUS FILINGS PURSUANT TO RULE 6 AND RULE 7 OF THE LOCAL RULES FOR THE UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Serve Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. There is a dispute before this honorable Court as to whether it should strike a Motion to Dismiss filed two days past the standard period to answer a counterclaim. See Dkt. #7. The counterclaimant also requests that the United States of America be found in default for failing to file an answer to the counterclaim two days past the response deadline.

2. On August 15, the USDA filed a Reply to the Motion to Strike, Dkt. #14. In it, the undersigned counsel omitted mentioning special circumstances that contributed to the filing of the Motion to Dismiss two days past the due date. The omission to mention these

conditions was because they involve privileged attorney-client communications. However, after further consideration, and in view of counterclaimant's reply of August 20 at Dkt. #16, we have decided to bring to light the special circumstances. We shall also submit, as part of the attached surreply, multiple relevant communications, under seal, for this honorable Court's consideration.

**WHEREFORE**, in consideration of the totality of the circumstances discussed in the attached surreply, and the interpretive jurisprudence, the USDA requests:

a.  that this honorable Court accept the Motion to Dismiss at Dkt. #7 pursuant of Local Rule regarding extensions of time - Rule 6(b)(1)(b) of the Puerto Rico District Court;

b.  that this honorable Court allow the filing of the attached Surreply - Local Rule 7(c) of the Puerto Rico District Court; and

c.  that if this honorable Court strikes the filing of the Motion to Dismiss at Dkt. #7 or denies said motion on its merits, the USDA be granted 14 days to file an Answer to Counterclaim.

I hereby certify having notified this motion to the defendant party electronically through the CM/ECF filing system and to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 28th day of August 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

F:\1521.152 - Carlos Gonzalez Rivera\2025-08-25 Requesting Permision Pursuant to Rule 7 and Rule 6.docx