# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE <br> (Farm Service Agency) <br><br> Plaintiff <br><br> v. <br><br> CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership <br><br> Defendants | CIVIL NO. 25-1145 (JAG) <br><br><br> Foreclosure of Mortgage <br> In Rem |

## MOTION TO RESTRICT DKT. #20

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Serve Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. On August 29, 2025, Plaintiff filed a Surreply to Defendant-Counterclaimant's Reply of August 20, 2025 (Dkt. #20).

2. Said filing contains material that is protected by the attorney–client privilege, specifically communications between counsel and client that were exchanged in confidence for the purpose of obtaining legal advice.

3. The attorney–client privilege is a cornerstone of our legal system, recognized to ensure full and frank communication between attorneys and their clients. Disclosure of privileged material would prejudice Plaintiff's ability to defend and pursue its rights in this

proceeding.

4. The privileged information is nonetheless relevant to the controversy presently before the Court and will be addressed through appropriate means.

WHEREFORE, Movant respectfully requests this Honorable Court to:

a. Restrict from public access the filing at Docket No. 20, and

b. Grant such other and further relief as this Court deems just and proper.

I hereby certify having notified this motion to the defendant party electronically through the CM/ECF filing system and to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 29th day of August 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL. 787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com