UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br>Foreclosure of Mortgage<br>In Rem |

**ORDER AUTHORIZING SERVICE OF PROCESS BY PUBLICATION**

Plaintiff has not been able to locate defendants VANESSA BERMÚDEZ CORDERO A/K/A VANESSA GONZÁLEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZÁLEZ RIVERA.

Accordingly, IT IS ORDERED that Defendant be served with process by publication, and that this Order be published once in a newspaper of general circulation in Puerto Rico. Within ten (10) days following publication, Defendant shall be sent a copy of the summons and of the complaint filed, by certified mail, with acknowledgment of receipt, to her last known address, or through any of the other means expressly stated under Rule 4.6 of the Puerto Rico Rules of Civil Procedure ("R. 4.6"), P.R. Law Ann. tit. 32, app. V, R. 4.6.

The Court also ORDERS Defendant to appear and answer the complaint, no later than

thirty (30) days after publication of this Order, by filing the original of the answer in the United States District Court for the District of Puerto Rico, and serving a copy on counsel for Plaintiff. If Defendant fail to do so, this Court will enter default against her and, as such, proceed to the hearing and adjudication of this case. It is further ordered that Plaintiff send a copy of this Order, the complaint, and all accompanying documents to Defendant's last known address.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, on this 16th day of October, 2025.

s/ Jay A. Garcia-Gregory

Jay A. García-Gregory
United States District Judge

\