UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br>Foreclosure of Mortgage<br>In Rem |

**MOTION FOR ENTRY OF DEFAULT**

TO THE HONORABLE COURT:

COMES NOW Plaintiff, through the undersigned counsel who respectfully states and prays as follows:

1. The defendant party was served by publication on September 22, 2025. *Exhibit 1*.

2. The pertaining notifications by certified mail were sent to the last known addresses of the defendants on October 2, 2025. *Exhibit 2*.

3. More than 20 days have elapsed, and the defendants have not filed an answer to the complaint nor has otherwise pleaded.

WHEREFORE, Plaintiff moves for the entry of default against the defendant VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA by herself and as member of the Conjugal Partnership shared with CARLOS ALBERTO GONZALEZ RIVERA.

RESPECTFULLY SUBMITTED.

Certificate of service: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I further certify that I sent a copy of this motion to defendant party to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 26th day of November 2025.

/s/ Juan C. Fortuño Fas
JUAN C. FORTUÑO FAS
USDCPR 211913
Counsel for Plaintiff
P.O. BOX 3908, GUAYNABO, PR 00970
TEL: [787] 751-5290 / FAX: [787] 751-6155
E-MAIL: dcfilings@fortuno-law.com

or/1521.152