**The San Juan Daily Star**
PO Box 6537 Caguas PR 00726  (787)743-3346

UNITED STATES DEPARTMENT OF AGRICULTURE (FARM SERVICE AGENCY)

Vs.

CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, AND THEIR CONJUGAL PARTNERSHIP
[25-1145]
*****

# AFFIDAVIT

I, RAY ABNER RUIZ BERRIOS, under the most formal oath I declare:

I am the Advertising Control Clerk of the **The San Juan Daily Star** newspaper which is published daily, and circulates island-wide and is printed in San Juan, Puerto Rico; and in the editions of this newspaper corresponding to the days:

**SEPTEMBER 22, 2025**

was published the public notice issued by:

BUFETE FORTUÑO & FORTUÑO FAS,
Dirección: Cond. Centro Altamira 501, Calle Perseo Ofic. 209 San Juan, PR 00920
Teléfono: 751-5290 ext. 32

For the matters stated before and copy of that public notice is attached to this Affidavit.

RAY ABNER RUIZ BERRIOS
Advertising Control Clerk

Affidavit No. 10,004

Sworn and subscribed before me by RAY ABNER RUIZ BERRIOS, of legal age, single, Advertising Control Clerk of The San Juan Daily Star, and resident of GUAYNABO, PR, and whom I know personally. In Caguas, Puerto Rico, this 25th day of September, 2025.

Notary Public

**LEGAL NOTICE**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES DEPARTMENT OF AGRICULTURE (FARM SERVICE AGENCY)**

Plaintiff V.

**CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, AND THEIR CONJUGAL PARTNERSHIP**

Defendants

Civil No.: 25-1145 (JAG). FORECLOSURE OF MORTGAGE - IN REM. SUMMONS BY PUBLICATION.

**To: VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZALEZ RIVERA - RONCADOR WARD, ST. RD. 603, KM. 4.4, INT., UTUADO, PR 00641; PO BOX 2051, ANGELES, UTUADO, PR 00641; HC-03, BOX 14182, UTUADO, PR 00641, AND; HCE BOX 13978, ANGELES, UTUADO, PR 00611.**

Pursuant to the Order for Service by Publication entered on 09/16/2025 by the United States District Court, you are hereby SUMMONED to appear, plead or answer the Complaint filed herein no later than thirty (30) days after publication of this Summons by serving the original plea or answer in the United States District Court for the District of Puerto Rico, and serving a copy to counsel for plaintiff: Attorney Juan C. Fortuño Fas, at PO Box 3908, Guaynabo, PR 00970, telephone number 787-751-5290, email address: dcfilings@fortunolaw.com. This Summons shall be published by edict only once in a newspaper of general circulation in the island of Puerto Rico. Within ten (10) days following publication of this Summons, a copy of this Summons and the Complaint will be sent to defendant party VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZALEZ RIVERA, by certified mail/return receipt requested, addressed to their last known address. Should you fail to appear, plead or answer to the Complaint as ordered by the Court and noticed by this Summons, the Court will enter default against you, as such, proceed to hear and adjudicate this cause against you based on the relief demanded in the Complaint. BY ORDER OF THE COURT, summons is issued pursuant to Fe. R. Civil P. 4(e) and Rule 4 .6 of the Rules of Civil Procedure for the Commonwealth of Puerto Rico. In San Juan, Puerto Rico, this 18th day of September, 2025. ADA I. GARCIA-RIVERA ESQ., CLERK, U.S. DISTRICT COURT. ANA DURAN DEPUTY CLERK.