

**FORTUÑO & FORTUÑO FAS, C.S.P.**
Law Office
Cond. Centro Altamira 501 Calle Perseo
Oficina 209 San Juan, PR 00920

7022 0410 0003 4799 2321

CERTIFIED MAIL

VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZALEZ RIVERA
HCE BOX 13978,
ANGELES,
UTUADO, PR 00611

NIXIE   009 CC 1       8710/02/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

1521.152




**FORTUÑO & FORTUÑO FAS, C.S.P.**
Law Office
Cond. Centro Altamira 501 Calle Perseo
Oficina 209 San Juan, PR 00920

7022 0410 0002 8420 4761

CERTIFIED MAIL

VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZALEZ RIVERA
RONCADOR WARD, ST. RD. 603,
KM 4.4, INT.
UTUADO, PR 00641

NIXIE   009 CE 1       8709/30/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD



**FORTUÑO & FORTUÑO FAS, C.S.P.**
Law Office
Cond. Centro Altamira 501 Calle Perseo
Oficina 209 San Juan, PR 00920

7022 0410 0002 8420 4785

CERTIFIED MAIL

VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, IN HER INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH CARLOS ALBERTO GONZALEZ RIVERA
PO BOX 2051,
ANGELES,
UTUADO, PR 00641

NIXIE   009 DE 1       0010/02/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD



**FORTUÑO & FORTUÑO FAS, C.S.P.**
Law Office
Cond. Centro Altamira 501 Calle Perseo
Oficina 209 San Juan, PR 00920

7022 0410 0002 8420 4778

CERTIFIED MAIL

CARLOS ALBERTO GONZÁLEZ RIVERA, IN HIS INDIVIDUAL CAPACITY AND AS A MEMBER OF THE CONJUGAL PARTNERSHIP COMPOSED WITH VANESSA BERMÚDEZ CORDERO A/K/A VANESSA GONZÁLEZ RIVERA.
RONCADOR WARD, ST. RD. 603,
KM 4.4, INT.
UTUADO, PR 00641

NIXIE   009 DE 1       0009/30/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

1521.152