UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br><br>Foreclosure of Mortgage<br>In Rem |

**MOTION TO REAFFIRM DISMISSAL OF THE COUNTERCLAIM AND SURREPLY TO DEFENDANT-COUNTERCLAIMANT'S REPLY OF AUGUST 20, 2025 (DKT. #16)**

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Service Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. On July 30, 2025, plaintiff filed a motion to dismiss the counterclaim. *See docket #7*.

2. Later, on August 29, 2025, plaintiff also filed a Surreply to Defendant-Counterclaimant's Reply of August 20, 2025 (Dkt. #16). *See docket #20*.

3. Plaintiff respectfully reaffirms before this Honorable Court the above-mentioned motions.

WHEREFORE, plaintiff respectfully requests this Honorable Court to dismiss the counterclaim, as requested on July 30, 3035.

I hereby certify having notified this motion to the defendant party, to Roncador Ward, St. Rd.

603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 12 day of December 2025.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.152