UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br>Foreclosure of Mortgage<br>In Rem |

**ANSWER TO COUNTERCLAIM**

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Service Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

107. Denied. This paragraph is misleading and generic as it pretends to make a general sweeping reference to 127 individual allegations.

108. Denied. This paragraph represents a conclusion of law which will be determined by the Court.

109. Denied. By filing the complaint, plaintiff has not waived any venue objections to defendant's Counterclaim.

110. Denied. This paragraph is misleading and generic as it pretends to make a general sweeping reference to 127 individual allegations.

111. Denied. The Administrative Procedure Act does not apply to instant case.

112. Denied. The Administrative Procedure Act does not apply to instant case. Moreover, plaintiff denies any allegation of unlawfulness, unreasonableness, arbitrariness, capriciousness and abuse of discretion.

113. Denied as drafted. The defendant did not receive a loan forgiveness and/or payment from IRA Act since he received a discharge from the Bankruptcy Court.

114. Denied as drafted. The defendant party did not receive a loan forgiveness and/or payment from IRA Act since he received a discharge from the Bankruptcy Court.

115. Denied. The defendant party did not receive a loan forgiveness and/or payment from IRA Act since he received a discharge from the Bankruptcy Court.

116. Denied. This paragraph is misleading and generic as it pretends to make a general sweeping reference to 127 individual allegations.

117. Denied. The agency officials are always available to explain the loan servicing notices if requested.

118. Denied. The agency officials are always available to explain the loan servicing notices if requested.

119. Denied. The agency officials are always available to explain the loan servicing notices if requested.

120. Denied. This paragraph is misleading and generic as it pretends to make a general sweeping reference to 127 individual allegations.

121. Denied. Denied. The agency officials are always available to explain the loan servicing notices if requested. Plaintiff did not violate the United States Constitution.

122. Denied. This paragraph is misleading and generic as it pretends to make a general sweeping reference to 127 individual allegations.

123. Denied as drafted. Plaintiff denies any accusation of discrimination.

124. Denied as drafted. Plaintiff denies any accusation of discrimination.

125. Denied as drafted. After the defendants breached of the mortgage obligations, and after the discharge granted to the defendants by the Bankruptcy Court -process in which the property subject to this complaint was abandoned- plaintiff is entitled to pursue any legal action to foreclose the guaranteed property. Any attempt of the defendant to voluntarily sell the property is prohibited unless obtaining previous written consent from the plaintiff, as stated in the mortgage deed.

126. Denied. Plaintiff denies any accusation of discrimination.

127. Denied.

Affirmative Defenses

1. With regards to defendant's counterclaim allegations, plaintiff denies any allegation not specifically mentioned in defendant's counterclaim section of its answer to the complaint at docket 6, page 22, *et seq*.

2. The actions claimed under the counterclaim are time-barred.

3. The defendant party fails to state a claim upon which relief can be granted.

4. The defendant party failed to join a party of interest and/or indispensable.

5. Unclean hands.

6. Laches.

7. Setoff.

8. Plaintiff-in-counterclaim, that is the debtor-defendant in the complaint, is barred from recovering on its counterclaim, in whole or in part, because it was the first party to materially breach the loan agreement at issue. Specifically, the debtor failed to make required loan

payments due. This prior material breach by the debtor discharged and excused any further performance obligations on the part of the USA, acting through the USDA. The debtor cannot now seek affirmative relief premised on obligations the defendant party breached.

9. The jury trial requested by the defendant is inconsistent with plaintiff's Foreclosure of Mortgage (In Rem) cause of action. Plaintiff did not request a jury trial. Accordingly, the defendant's request for jury trial shall be denied.

10. Plaintiff/Counterclaim-Defendant the USA, acting through the USDA, hereby reserves the right to assert additional affirmative defenses as they become known through the course of discovery, investigation, and pretrial proceedings. The USA presently has had limited opportunity to investigate all facts and circumstances underlying Defendant/Counterclaim-Plaintiff's counterclaim, and additional defenses may become apparent upon further factual development, review of documents, depositions, and expert disclosures. Therefore, the USA does not waive, and expressly preserves, any and all defenses available under applicable law, whether legal or equitable in nature, that may be supported by facts revealed during discovery or otherwise. The USA intends to seek leave to amend this Answer to assert any such additional defenses as warranted.

WHEREFORE, plaintiff respectfully requests this Honorable Court to deny the counterclaim filed by the defendant party.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also hereby certify having notified this motion to the defendant party to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box

4

13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 10th day of April 2026.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.152