UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE (Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br>Foreclosure of Mortgage In Rem |

**MOTION REQUESTING REFERRAL TO MEDIATION PROCESS**

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Service Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. Codefendant Carlos Alberto Gonzalez Rivera informed that the property subject to the complaint constitutes his principal residence.

WHEREFORE, plaintiff respectfully requests this Honorable Court an order referring the parties to the compulsory mediation process stated by Law #184 of 2012, as amended.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also hereby certify having notified this motion to the defendant party to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641;

PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box

13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 1st day of May 2026.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.152