UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE<br>(Farm Service Agency)<br><br>Plaintiff<br><br>v.<br><br>CARLOS ALBERTO GONZALEZ RIVERA, VANESSA BERMUDEZ CORDERO A/K/A VANESSA GONZALEZ RIVERA, and their Conjugal Partnership<br><br>Defendants | CIVIL NO. 25-1145 (JAG)<br><br><br>Foreclosure of Mortgage<br>In Rem |

**MOTION WITHDRAWING "MOTION REQUESTING REFERRAL TO MEDIATION PROCESS"**

TO THE HONORABLE COURT:

COMES NOW the United States of America, acting through the United States Department of Agriculture-Farm Service Agency (USDA-FSA), through the undersigned attorney, who respectfully alleges and prays as follows:

1. On May 1, 2026, plaintiff filed a *Motion Requesting Referral to Mediation Process. See docket #36.*

2. However, today plaintiff has withdrawn the above-mentioned motion because plaintiff noticed that the present cause of action is a Foreclosure of Mortgage-**In Rem**. Accordingly, the dispositions of Law #184 of 2012 -*Compulsory Mediation Law, 32 LPRA Sec. 2881, et seq.*- are not applicable to instant case as determined in *Scotiabank of Puerto Rico v. Cordero Molina*, No. DCD2015-2195, 2017 WL 6818745 (P.R. Cir. Oct. 31, 2017). *Cordero Molina* is

a decision by the Puerto Rico Court of Appeals. It thoroughly discusses the legal grounds as to why compulsory mediation does not apply to in rem judicial foreclosure proceedings where the debtor received a discharge from the Bankruptcy Court.

3.  In the aforementioned case, as well as instant case, the defendant party obtained a discharge from the Bankruptcy Court. Puerto Rico Court of Appeals stated that **the compulsory mediation process is a futile exercise since the bankruptcy case ended with the release of the debt via the discharge issued on August 5, 2015. The defendant has no personal obligation towards the plaintiff and lacks standing to try to negotiate new terms of payment of a discharge debt, which the defendant demonstrated in the bankruptcy proceedings that he could not pay**.

4.  Taking into consideration the above, plaintiff withdraws its request for referral of the parties to the mediation process.

WHEREFORE, plaintiff respectfully requests this Honorable Court to take notice of the above.

CERTIFICATE OF SERVICE: I hereby certify that on this same date I have filed a true and exact copy of the foregoing motion using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants. I also hereby certify having notified this motion to the defendant party to Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 4th day of May 2026.

/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913
FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

Jvm/1521.152

3