UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE (Farm Service Agency), | CIVIL NO. 3:25-cv-1145-JAG |
| *Plaintiff*, | |
| v. | Foreclosure of Mortgage In Rem |
| CARLOS ALBERTO GONZÁLEZ RIVERA, VANESSA BERMÚDEZ CORDERO A/K/A VANESSA GONZÁLEZ RIVERA, and their Conjugal Partnership, | |
| *Defendants*, | |

**MOTION SEEKING LEAVE OF COURT TO WITHDRAW AS COUNSEL AND REQUEST FOR EXTENSION OF TIME TO SUBMIT JOINT PROPOSED INITIAL SCHEDULING MEMORANDUM**

TO THE HONORABEL COURT:

COMES NOW the undersigned attorney, who respectfully alleges and prays as follows:

1. Defendant has been advised of undersigned counsel's intention to withdraw from representation in this matter and hereby moves for leave of Court to do so.

2. Defendant has been advised of undersigned counsel's intent to petition this Court to allow Defendant a period of thirty (30) days to retain and announce successor counsel of record.

3. Undersigned counsel has advised Defendant that failure to comply with the obligation to announce successor counsel of record within the period granted by the Court may result in severe penalties.

4. Such penalties may include the striking of Defendant's pleadings, which would have the procedural effect of a default, barring the Defendant from introducing evidence in their defense during the trial.

5. Defendant was further advised that any subsequently retained counsel is welcome to contact undersigned counsel for any matters deemed necessary in furtherance of Defendant's representation.

6. As a pending matter, today May 26,2026 is the deadline for both parties to submit the Joint Proposed Initial Scheduling Memorandum.

7. Undersigned counsel also requests that this Honorable Court postpone for thirty (30) days the filing date for said document. I believe it would be unreasonable for me to interfere with the schedule of the Defendant's new representation.

**PRAYER FOR RELIEF**

**WHEREFORE**, undersigned counsel respectfully petitions this Honorable Court grant the following relief:

a. Leave to withdraw as counsel of record in accordance with Local Rule 83D (b) of the United States District Court for the District of Puerto Rico regarding withdrawals;

b. A thirty (30) day period, ending on June 25, 2026, within which Defendant shall retain and announce successor counsel of record, in accordance with Local Rule 6 of the United States District Court for the District of Puerto Rico regarding extensions of time;

c. A thirty (30) day period, ending on June 25, 2026, for Defendant to submit the Joint Proposed Initial Scheduling Memorandum, in accordance with Local Rule 6 of the United States District Court for the District of Puerto Rico regarding extensions of time.

I hereby certify having notified this motion to the Plaintiff party electronically through the CM/ECF filing system and to the Defendant party at Roncador Ward, St. Rd. 603, Km. 4.4, Int., Utuado, PR 00641; PO Box 2051, Angeles, Utuado, PR 00641; HC-03, Box 14182, Utuado, PR 00641 and HCE Box 13978, Angeles, Utuado, PR 00611.

In San Juan, Puerto Rico, this 26th day of May 2026.

Respectfully submitted,

s/ José Ernesto Colón Villafañe
JOSÉ ERNESTO COLÓN VILLAFAÑE
USDC-PR No. 308712
PO Box 9024024
San Juan, Puerto Rico 00902-4024
EMAIL: info@foodandfiberlaw.com
TELEPHONE: (787) 505-3389

3