IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES DEPARTMENT OF
AGRICULTURE,

     **Plaintiff,**

       v.

CARLOS A. GONZALEZ RIVERA, *et al.*,

     **Defendants.**

CIVIL NO. 25-1145 (JAG)

CASE MANAGEMENT ORDER

Pursuant to the Parties' Joint Initial Scheduling Memorandum, Docket No. 43, the Court sets the following new deadlines:

| Event | Deadline |
|---|---|
| Notifying interrogatories, requests for production of documents, requests for admissions, and taking depositions. | 7/31/2026 |
| Amendment of Pleadings/Joinder of Parties | 10/31/2026 |
| Conclusion of Discovery | 9/30/2026 |
| Filing of Dispositive Motions | 12/31/2026 |
| Oppositions to Dispositive Motions | 1/31/2027 |
| Joint Proposed Pretrial Order | 5/27/2027 |
| Pretrial/Settlement Conference | 6/10/2027 |
| Jury Trial | 6/28/2027 |

The parties must strictly comply with these deadlines. Any changes must be approved by the Court upon a finding of good cause and, preferably, as the result of a joint request. **Failure to fully comply with this Order may result in the imposition sanctions.**

IT IS SO ORDERED.
In San Juan, Puerto Rico on July 13, 2026.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
United States District Judge